IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRAUGHTER-CARTER POST NO. 6627, VETERANS OF FOREIGN WARS OF THE UNITED STATES, ET AL., <br> **Plaintiffs,** <br> v. <br> WACHOVIA BANK, N.A., ET AL., <br> **Defendants.** | CIVIL ACTION <br><br> NO. 09-0420 |

## ORDER

**AND NOW**, this ___ of April, 2009, upon consideration of Plaintiffs' Motion to Remand to State Court (Doc. 7), Defendant Wachovia Bank, N.A.'s Motion to Dismiss Count Two of Amended Complaint (Doc. 8), Defendant Diversified Realty Services, Inc.'s Motion to Remand to State Court (Doc. 13), Defendant Wachovia Bank, N.A.'s Motion for Leave to File Reply Brief (Doc. 14), and the responses thereto, **IT IS HEREBY ORDERED AND DECREED** as follows:

1. Plaintiffs' Motion to Remand to State Court is **DENIED**;

2. Defendant's Motion to Dismiss Count Two of Amended Complaint is **DENIED**;

3. Defendant's Motion to Remand to State Court is **DENIED**; and

4. Defendant's Motion for Leave to File Reply Brief is **DENIED**.

BY THE COURT

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**